# SUPREME COURT OF ARKANSAS

No. CR-13-1074

| | | |
|---|---|---|
| EARL DELMAR PIGG | | **Opinion Delivered** January 16, 2014 |
| | APPELLANT | |
| V. | | MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL |
| STATE OF ARKANSAS | | |
| | APPELLEE | MOTION GRANTED. |

**PER CURIAM**

Appellant Earl Delmar Pigg was convicted of eleven counts of rape and sentenced to a term of life imprisonment. The circuit court entered a judgment and commitment order on August 9, 2013. He then filed a timely notice of appeal on August 22, 2013. An appeal from that judgment was lodged with this court on November 15, 2013. Appellant is represented on appeal by William L. Griggs. Mr. Griggs was employed by the Arkansas Public Defender Commission and appointed as trial counsel. Mr. Griggs is no longer employed by the Commission and now asks that he be relieved as counsel.

Arkansas Rule of Appellate Procedure–Criminal 16(a)(i) (2013) requires that trial counsel, whether retained or court-appointed, continue to represent a defendant throughout any appeal unless permitted by the trial court or this court to withdraw in the interest of justice or for other sufficient cause.

For the reasons set forth by Mr. Griggs, we hold that good cause to grant the motion has been shown. Therefore, we grant Mr. Griggs's motion to be relieved, and we appoint

attorney Joseph C. Self to represent the appellant. Our clerk is directed to set a new briefing schedule for the appeal.

Motion granted.